MANUEL D. SERPA, Calif. Bar No. 174182
BINDER AND BINDER
1901 E. 4th ST. Suite 310
Santa Ana, CA 92705
Phone (714) 564-8640
Fax   (714) 564-8641
Manuelserpa@comcast.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Marjorie Brumfield-Moudgil, | ) No. CV 05-03989 WHA |
| PLAINTIFF, | ) PROPOSED ORDER EXTENDING TIME |
|  | ) FOR PLAINTIFF TO FILE MOTION |
| v. | ) FOR SUMMARY JUDGMENT |
| JO ANNE B. BARNHART, | ) COURT: HON. WILLIAM H. ALSUP |
| COMMISSIONER OF THE SOCIAL | )         U.S. MAGISTRATE JUDGE |
| SECURITY ADMINISTRATION, | ) |
| DEFENDANT. | ) |

PURSUANT TO STIPULATION, IT IS ORDERED THAT PLAINTIFF'S TIME IN WHICH TO FILE HER MOTION FOR SUMMARY JUDGMENT IS EXTENDED FROM FEBRUARY 3, 2006 TO MARCH 6, 2006.

No more extensions will be granted.

DATED: February 3, 2006.            _____
                                    HONORABLE WILLIAM H. ALSUP
                                    United States Magistrate Judge

[GRANTED — Judge William H. Alsup, United States District Court, Northern District of California]

Extension of Time to File MSJ

- 1